No. 98–6698.  WEBB ET AL. *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied. ▮

No. 98–6699.  AREVALO-PEREZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied. ▮

No. 98–6708.  McFERREN *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied. ▮

No. 98–43.  ILLINOIS *v.* AUSTIN.  App. Ct. Ill., 1st Dist.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied. ▮

No. 98–476.  CALDERON, WARDEN *v.* DYER.  C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied. ▮

No. 98–543.  TEXAS *v.* FERNANDEZ.  Ct. App. Tex., 4th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied. ▮

No. 98–593.  NEW JERSEY *v.* SMITH.  Sup. Ct. N. J.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 98–326.  THOMAS ET AL. *v.* ALBRIGHT, SECRETARY OF STATE.  C. A. D. C. Cir.  Motion of class of African-American Foreign Service Officers for leave to file a brief as *amicus curiae* granted.  Certiorari denied. ▮

No. 98–735.  LOE *v.* UNITED STATES.  C. A. 9th Cir.  Motion of petitioner for leave to file appendix to petition for writ of certiorari under seal granted.  Certiorari denied. ▮

No. 98–6240.  DEFOE *v.* MASSACHUSETTS DEPARTMENT OF REVENUE.  C. A. 9th Cir.  Certiorari before judgment denied. ▮